UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80034-TP-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KIRKVILLE FIDEL VIRGO,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release.  The Defendant, KIRKVILLE FIDEL VIRGO, appeared before the Court on March 14, 2016.  The Defendant is charged with the following violation: failure to get approval prior to re-entering the United States.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release and would like to proceed to sentencing.  The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior United States District Court Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Court Judge Kenneth A. Marra within fourteen days of

being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to file timely objections may limit the scope of appellate review of factual findings contained herein.  *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 14 day of March, 2016.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court

2